UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL A. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO.  1:03-cv-1208-SEB/VSS ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Court's Entry on Plaintiff's Motion for Summary Judgment and Defendant's Cross Motion for Partial Summary Judgment entered this date, judgment is hereby entered in favor of Defendant State Farm Fire and Casualty Company and against Plaintiff Carol A. Davis on Plaintiff's duty to indemnify claim, and judgment is hereby entered in favor of Plaintiff Carol A. Davis and against Defendant State Farm Fire and Casualty Company in the amount of $1,993.70 on her duty to defend claim.

SO ORDERED: 06/24/2005

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Stuart R. Buttrick
srbuttri@bakerd.com

Jan N. Campbell
jcampbell@indylegal.net
mpate@indylegal.net
jokeefe@indylegal.net

David A. Given
dagiven@bakerd.com
rkosbour@bakerd.com

Bart A. Karwath
bart.karwath@btlaw.com

Brett E. Nelson
bnelson@psrb.com

George M. Plews
gplews@psrb.com